Argued October 24, affirmed October 24, petition for rehearing
denied November 15, petition for review
denied December 12, 1972

## STATE OF OREGON, *Respondent, v.* ALMA JEAN HENRY (No. 71-08-2511 Cr), *Appellant.*

501 P2d 1303

*John K. Hoover,* Deputy Public Defender, Salem, argued the cause for appellant. On the brief were Gary D. Babcock, Public Defender, and F. E. Glenn, Deputy Public Defender, Salem.

*Walter L. Barrie,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.